**GEOFFREY V. WHITE (SBN. 068012)**
**LAW OFFICE OF GEOFFREY V. WHITE**
351 California St., Suite 1500
San Francisco, California 94104
Telephone: (415) 362-5658
Facsimile:  (415) 362-4115
Email:  gvwhite@sprynet.com

Attorneys for Plaintiff

**JAMES M. NELSON (SBN 116442)**
**GREENBERG TRAURIG, LLP**
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone:  (916) 442-1111
Facsimile:    (916) 448-1709
Email:  nelsonj@gtlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **KEVIN CREIGHTON**, | Case No. 1:11-CV-00548-LJO-SMS |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO CONDUCT SCHEDULING CONFERENCE AND ORDER THEREON** |
| v. | |
| **CHILDREN'S HOSPITAL CENTRAL CALIFORNIA**, a California non-profit corporation; **CHILDREN'S HOSPITAL CENTRAL CALIFORNIA SUPPLEMENTAL RETIREMENT PLAN**, and its **PLAN COMMITTEE**, | |
| Defendants. | |

Pursuant to Civil Local Rule 144, Plaintiff Kevin Creighton and Defendants Children's Hospital Central California, Children's Hospital Central California Supplemental Retirement Plan, and its Plan Committee, through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the Court on April 1, 2011 ordered that a Scheduling Conference be held in

---

STIPULATION FOR EXTENSION OF TIME TO CONDUCT SCHEDULING CONFERENCE AND [PROPOSED] ORDER THEREON – Case No. 1:11-CV-00548-LJO-SMS                                                                      - 1 -

this matter on June 23, 2011 at 9:00 a.m., with a Joint Scheduling Report to be filed on June 16, 2011;

     WHEREAS, Plaintiff's counsel will be out of the country during the period June 13, 2011 through July 5, 2011, and will not return to the office until July 7, 2011;

     NOW THEREFORE, it is hereby stipulated by and between the parties, through their undersigned counsel, that the Court is respectfully requested to extend the time for holding the Scheduling Conference herein to July 28, 2011 at 9:00 a.m.

DATED:  May 17, 2011                  LAW OFFICE OF GEOFFREY V. WHITE


                                          By**:  /s/ Geoffrey V. White**
                                                GEOFFREY V. WHITE
                                                Attorney for Plaintiff


DATED:  May 17, 2011                  GREENBERG TAURIG, LLP


                                            By:  **/s/ James M. Nelson**
                                                JAMES M. NELSON
                                                Attorneys for Defendants


     **IT IS SO ORDERED**.

     **IT IS FURTHERED ORDER THAT** the Scheduling Conference is continued from June 23, 2011 to **Wednesday, July 27, 2011 at 10:00 a.m**. in Courtroom 7 before Judge Snyder. NOTE:  parties had suggested July 28, 2011, but the Court is not available then.

Dated:   May 23, 2011                    /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE