JAMES M. NELSON – SBN 116442
nelsonj@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709

Attorneys for Defendants
Children's Hospital Central California;
Children's Hospital Central California Supplemental
Retirement Plan and its Plan Committee

GEOFFREY V. WHITE – SBN 068012
gvwhite@sprynet.com
LAW OFFICE OF GEOFFREY V. WHITE
351 California St., Ste. 1500
San Francisco, CA 94104
Telephone:  (415) 362-5658
Facsimile:  (415) 362-4115

Attorney for Plaintiff
Kevin Creighton

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KEVIN CREIGHTON,<br><br>         Plaintiff,<br><br>v.<br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA, a California non-profit corporation; CHILDREN'S HOSPITAL CENTRAL CALIFORNIA SUPPLEMENTAL RETIREMENT PLAN, and its PLAN COMMITTEE,<br><br>         Defendants. | CASE NO.  1:11-cv-00548-LJO-SMS<br><br>STIPULATION GRANTING AN EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT;  ORDER |

<u>STIPULATION</u>

IT IS HEREBY STIPULATED that, pursuant to Local Rule 144 and Fed. R. Civ. P. 6, Plaintiff Kevin Creighton has granted Defendants, Children's Hospital Central California, Children's Hospital Central Califorina Supplemental Retirement Plan and its Plan Committee ("Defendants"), an extension of time, up to and including July 8, 2011, to file its response to the complaint in this matter to allow the parties to explore settlement.  One previous extension has been granted of 28 days.

Dated:  June 1, 2011                                   GREENBERG TRAURIG, LLP

                                                       By: /s/ James M. Nelson
                                                           James M. Nelson
                                                           Attorneys for Defendants
                                                           Children's Hospital Central California;
                                                           Children's Hospital Central California
                                                           Supplemental Retirement Plan and its
                                                           Plan Committee

Dated:  June 1, 2011                                   LAW OFFICE OF GEOFFREY V. WHITE

                                                       By: /s/ Geoffrey V. White
                                                           *As authorized on June 1, 2011.*
                                                           Geoffrey V. White
                                                           Attorneys for Plaintiff
                                                           Kevin Creighton

<u>ORDER</u>

IT IS SO ORDERED.

Dated:   June 2, 2011                        /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE