UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CREIGHTON, | CASE NO. CV F 11-0548 LJO SMS |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| CHILDREN'S HOSPITAL CENTRAL CALIFORNIA, CHILDREN'S HOSPITAL CENTRAL CALIFORNIA SUPPLEMENTAL RETIREMENT PLAN, and its PLAN COMMITTEE, | |
| Defendants. / | |

The parties have filed a Notice of Settlement indicating that settlement has been reached in this case. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than May 7, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters.

Failure to comply with this order will be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:   April 6, 2012                    /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE