1  JAMES M. NELSON – SBN 116442
   nelsonj@gtlaw.com
2  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
3  Sacramento, CA  95814-3938
   Telephone:  (916) 442-1111
4  Facsimile:  (916) 448-1709

5  Attorneys for Defendants
   Children's Hospital Central California;
6  Children's Hospital Central California Supplemental
   Retirement Plan and its Plan Committee
7
   GEOFFREY V. WHITE – SBN 068012
8  gvwhite@sprynet.com
   LAW OFFICE OF GEOFFREY V. WHITE
9  351 California St., Ste. 1500
   San Francisco, CA 94104
10 Telephone:  (415) 362-5658
   Facsimile:  (415) 362-4115
11
   Attorney for Plaintiff
12 Kevin Creighton

13                    UNITED STATES DISTRICT COURT

14                 EASTERN DISTRICT OF CALIFORNIA

15                         FRESNO DIVISION

16

17 KEVIN CREIGHTON,                    CASE NO.  1:11-cv-00548-LJO-SMS

18        Plaintiff,                   STIPULATION FOR DISMISSAL OF
                                       ACTION WITH PREJUDICE; ORDER
19 v.

20 CHILDREN'S HOSPITAL CENTRAL
21 CALIFORNIA, a California non-profit
   corporation;
22 CHILDREN'S HOSPITAL CENTRAL
   CALIFORNIA SUPPLEMENTAL
23 RETIREMENT PLAN, and its PLAN
   COMMITTEE,
24
          Defendants.
25

26

27

28

STIPULATION AND PROPOSED ORDER REGARDING DISMISSAL
SAC 442,192,289 v1 073553.010600

STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Kevin Creighton and Defendants, Children's Hospital Central California, Children's Hospital Central California Supplemental Retirement Plan and its Plan Committee ("Defendants"), have stipulated to the dismissal of this action with prejudice and with each party to bear his/its own attorney's fees and costs.

Dated:  April 27, 2012                    GREENBERG TRAURIG, LLP

                                          By:/s/ James M. Nelson_____
                                              James M. Nelson
                                              Attorneys for Defendants
                                              Children's Hospital Central California;
                                              Children's Hospital Central California
                                              Supplemental Retirement Plan and its
                                              Plan Committee

Dated:  April  27, 2012                   LAW OFFICE OF GEOFFREY V.
                                          WHITE

                                          By:/s/ Geoffrey V. White_____
                                              *As authorized on April 27, 2012*
                                              Geoffrey V. White
                                              Attorneys for Plaintiff
                                              Kevin Creighton

ORDER

IT IS HEREBY ORDERED, the above described action is dismissed with prejudice with each party to bear his/its own attorney's fees and costs.  This Court VACATES all dates and pending matters and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **April 30, 2012**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER REGARDING DISMISSAL
SAC 442,192,289 v1 073553.010600

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28