JAMES M. NELSON – SBN 116442
nelsonj@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709

Attorneys for Defendants
Children's Hospital Central California;
Children's Hospital Central California Supplemental
Retirement Plan and its Plan Committee

GEOFFREY V. WHITE – SBN 068012
gvwhite@sprynet.com
LAW OFFICE OF GEOFFREY V. WHITE
351 California St., Ste. 1500
San Francisco, CA 94104
Telephone: (415) 362-5658
Facsimile: (415) 362-4115

Attorney for Plaintiff
Kevin Creighton

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KEVIN CREIGHTON,<br><br>　　　Plaintiff,<br><br>v.<br><br>CHILDREN'S HOSPITAL CENTRAL CALIFORNIA, a California non-profit corporation; CHILDREN'S HOSPITAL CENTRAL CALIFORNIA SUPPLEMENTAL RETIREMENT PLAN, and its PLAN COMMITTEE,<br><br>　　　Defendants. | CASE NO. 1:11-cv-00548-LJO-SMS<br><br>STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER |

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Kevin Creighton and Defendants, Children's Hospital Central California, Children's Hospital Central California Supplemental Retirement Plan and its Plan Committee ("Defendants"), have stipulated to the dismissal of this action with prejudice and with each party to bear his/its own attorney's fees and costs.

Dated:  April 27, 2012                    GREENBERG TAURIG, LLP

By: /s/ James M. Nelson
James M. Nelson
Attorneys for Defendants
Children's Hospital Central California;
Children's Hospital Central California
Supplemental Retirement Plan and its
Plan Committee

Dated:  April  27, 2012                   LAW OFFICE OF GEOFFREY V. WHITE

By: /s/ Geoffrey V. White
*As authorized on April 27, 2012*
Geoffrey V. White
Attorneys for Plaintiff
Kevin Creighton

## ORDER

IT IS HEREBY ORDERED, the above described action is dismissed with prejudice with each party to bear his/its own attorney's fees and costs.  This Court VACATES all dates and pending matters and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **April 30, 2012**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28